His Majesty King Jerome — Ecclesiastical Record | HMSEquity007
Special Trust Deposit
300022050

# PRAECIPE TO THE CLERK

## REQUEST TO OPEN MISCELLANEOUS CASE

*(Article III — Judiciary Act of 1789)*

FILED-USDC-NDTX-DA
'26 FEB 2 AM10:18

KM

district court of the united states
northern district
dallas division

Yates-Powell Inter Vivos Trust

In re: Jerome Theodore Powell Jr Estate

Administrative and Equitable Record Matter
*(Non-Adversarial)*

**3-26MC0006-D**

TO THE CLERK OF COURT:

We respectfully request that the Clerk open a miscellaneous case upon receipt and docketing of the accompanying filing packet, pursuant to the judicial power vested in this Court by Article III, Section 2, Clause 1 of the Constitution, as implemented and operationalized by the Judiciary Act of 1789 (1 Stat. 73, ch. 20).

This submission is tendered for ministerial recordation and preservation only, and does not initiate an adversarial civil action.

## BASIS FOR MISCELLANEOUS DOCKETING

### 1. Constitutional Foundation

Article III, Section 2, Clause 1 vests this Court with original judicial power extending to matters in law and equity, including those arising under the Constitution and laws of the United States.



His Majesty King Jerome — Ecclesiastical Record | HMSEquity007
Special Trust Deposit

## 2. Statutory Implementation

The Judiciary Act of 1789 (1 Stat. 73) establishes the structure, jurisdiction, and equitable authority of the district courts of the United States and authorizes the exercise of non-adversarial, administrative, and equitable jurisdiction consistent with historical practice.

## 3. Nature of the Matter

The enclosed materials are submitted not as a civil complaint, but as a record-establishing, administrative, and equitable filing, appropriate for the Court's miscellaneous docket, including:

- Receipt and preservation of an administrative and equitable record;
- Notice to the Court of status, capacity, and equitable interests;
- Lodging of declarations and notices without issuance of summons;
- Invocation of the Court's inherent and ancillary jurisdiction in equity.

## 4. Proper Docketing

No complaint, defendant, summons, or request for adjudicatory relief is presented. Docketing as a miscellaneous case is requested to maintain procedural regularity and avoid misclassification.



His Majesty King Jerome — Ecclesiastical Record | HMSEquity007
Special Trust Deposit

## REQUEST

We respectfully request that the Clerk:

    a. Open a miscellaneous case captioned consistent with the enclosed filing;

        b. Assign a miscellaneous case number;

        c. Docket the accompanying materials as received; and

        d. Present the record to the Court in the ordinary course for such matters.

## DECLARATION OF CAPACITY

We appear sui juris, having attained the age of reason and age of majority, and submit this praecipe in good faith for administrative and equitable purposes only, without intent to invoke adversarial jurisdiction.

Respectfully submitted,

We, the undersigned
powell, jerome-theodore:jr
3724 Goodman Rd W, Unit 798
Horn Lake, Mississippi 38637-9998

## CLERK'S NOTE (Administrative)

This filing is submitted in accord with historical miscellaneous practice under the Judiciary Act of 1789 and does not require a civil cover sheet, summons, or adversarial filing fee.

### Administrative Intake Note

This material is tendered for ministerial recordation only. No relief or adjudication is requested.




His Majesty King Jerome — Ecclesiastical Record | HMSEquity007
Special Trust Deposit

# DECLARATION FOR ENTRY INTO THE RECORD

*(Administrative and Equitable — Non-Adversarial)*

Private File Reference: MajestyRecord:PowellEquity007

## I. JURISDICTION AND POSTURE

1. This Declaration is submitted as part of a miscellaneous, non-adversarial filing for record purposes only.
2. Jurisdiction is invoked pursuant to Article III, Section 2, Clause 1 of the Constitution, as implemented by the Judiciary Act of 1789 (1 Stat. 73), including this Court's original and ancillary jurisdiction in equity.
3. No statutory cause of action, complaint, or request for adjudication is presented.

## II. STATUS AND CAPACITY

4. We submit this Declaration sui juris, in full capacity, with firsthand knowledge of the matters stated herein.
5. This record concerns administrative and equitable interests associated with the estate and trust styling JEROME THEODORE POWELL JR, which are distinct from our private capacity as a living man.
6. Any reference to the all-capitalized styling relates solely to the estate, trust, or juridical construct and not to us personally.



## III. PURPOSE OF RECORD ENTRY

7. The purpose of this Declaration is to:

a. Place into the public record notice of our status and equitable relationship to the referenced estate and trust interests;

b. Preserve an administrative record for future reference by courts of record or lawful authorities;

c. Clarify capacity and standing to prevent misattribution of liability or obligation.

8. This filing is entered without request for immediate judicial action.

## IV. EXHIBITS AND RECORD MATERIALS

9. Exhibits attached hereto are submitted solely for record and notice purposes.

10.    Any administrative or registration records included are entered without admission or concession, and solely to rebut improper presumptions and clarify distinctions of capacity.

## V. NOTICE AND RESERVATION

11.    We do not appear as surety, agent, or representative for any legal fiction absent lawful joinder.

12.    All rights, remedies, and equitable interests are expressly reserved.




## VI. REQUEST TO MAINTAIN RECORD

13.    We respectfully request that this Declaration and its
exhibits be accepted, docketed, and preserved as part of
the permanent miscellaneous record of this Court.


## VERIFICATION

We declare under penalty of perjury that the foregoing is true
in substance and in fact, based upon our personal knowledge
and belief, and submitted in good faith.

So declared this **2nd** day of **February**        , 2026.

By our hand,

*Powell, Jerome-theodore:jr, Divine Immortal spirit*
powell, jerome-theodore:jr
appearing sui juris, in equity
*3724 Goodman Rd w Unit 798*
*Horn Lake, Mississippi 38637*



 

# EXHIBITS

- Exhibit A— Evidence of life/Person Entitled to payment.
- Exhibit B— Certificate of Trust.
- Exhibit C— Authentic Duplicate of Livery of sesin.

NOTE TO CLERK:
This filing is submitted in accord with historical miscellaneous practice under the Judiciary Act of 1789 and does not require a civil cover sheet, summons, or filing fee beyond that applicable to miscellaneous matters.

Administrative Intake Note

This material is tendered for ministerial recordation only. No relief or adjudication is requested.





Exhibit A

Evidence of life/Person Entitled to payment.

Case: 3:25-mc-00007 Doc #: 8 Filed: 09/02/25 1 of 4 PageID #: 80

**Form 206**

Evidence of Life

## Evidence of Life
## Declaration of person
## entitled to payment

Please use BLOCK CAPITALS

Full Account
Title

In the THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
COURT OF RECORD 3 25-MC 007

A/c No.

JEROME THEODORE POWELL JR. [Estate]: with I Am I In esse:I. the Heir, having Christian-Name Jerome-Theodore:Jr and Gentilities-name yates granted by biological feme sole darlene yates on the date of nativity, July 19th, 1975, of the land Estate-domicile, commonly known as Colorado Springs of the Colorado Republic

**RECEIVED**

SEP 0 2 2025

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

To the Accountant General, Court Funds Office, 22 Kingsway, London WC2B 6LE

I am called jerome theodore powell jr. by father jerome theodore powell, and so christened within the House of Prayer of Colorado Springs, Colorado, documented by Certificate of Baptism, and subsequent to grant of a [PUBLIC] AGENCY, with name JEROME THEODORE POWELL JR., This evidence will be attached this evidence of Life to the Registration Package including the registration of memorialization through of certificate of Birth #10575021898, later reflecting #1051975021898 issued by STATE OF COLORADO witnessed by Kenneth E. Guenter, Colonel, MC as midwife and Mildred Allen as Deputy Registrar at the UNITED STATES ARMY HOSPITAL in STATE OF COLORADO witnessed on 29th of July 1975, through Constructive Trust with every resulting trust known or yet undiscovered by any other covetous scheme or identity, do by this act and deed make notice of my extant live-life being with disposing-mind with full facility with managing my interests; and,

Whereby, I with perfected capacity General Executor* over JEROME THEODORE POWELL JR. Estate, addressable thru and in care of: General Post-Office/RFD Care of, 3724 Goodman Rd W, Unit 798 Horn Lake, Mississippi Republic, without the UNITED STATES NON-Domestic ZIP-Exempt, do aver my continued live-life temporal existence uninterrupted separate home sole existence beginning at 12:53pm hrs on the 19th day of July, 1975 with sound mind (not a patient) then like now live life at that time without age of majority then but now having attained the age of the majority (i.e., majority's status), and by Grace of the Lord, son and heir to jerome powell and Heir to the Kingdom of Heaven through my Creator(s), and fruits of His Son of the Living God; and, therefore, through Title for birthright* with hereditaments interests therein, I assert governorship over my birthright with full powers of appointment through perfected capacity.

Insert full names of, e.g. patent, minor or minors

Cross out words not applicable

Complete, if applicable, by inserting Minister or Treasurer etc.

- This declaration should be witnessed by a person who knows the declarant personally and who is a Doctor, Lawyer, Notary, Bank Manager or a person of similar standing.

- This declaration should not be witnessed by a relative of the declarant.

Signed by:jerome-theodore powell jr
(Signature of person entitled to payment)

Declared before me on the 2nd of September 2025

Signed Mimi Heckner by:
(Signature of witness)

Address 2655 Hwy 51 S.
Hernando, MS 38632
My Commission Expires
January 3, 2028

Qualification Chancery Clerk

I hereby certify that the foregoing is a true copy of the original thereof new in my office.

Attest 9/2/2025
David Crews, Clerk

By LGM
Deputy Clerk



Exhibit B

Certificate of Trust.



12/15/2025 2:10:03 PM
DK P  BK 268 PG 8684-8687
DESOTO COUNTY, MS
Misty Heffner
CHANCERY CLERK

RECORDING REQUESTED BY:

**Jerome T Powell Jr Estate**

**Prepared By:** Jerome-Theodore:jr Family of Powell
      c/o  3724 Goodman Rd W, Unit 798
          Horn Lake, Mississippi [38637-9998]
          (720)290-0853

**RETURN TO:** Jerome T Powell Jr Estate
      c/o  3724 Goodman Rd W, Unit 798
          Horn Lake, Mississippi [38637-9998]
          (720)290-0853

**GRANTOR:** JEROME THEODORE POWELL JR.
**GRANTEE:** Jerome-Theodore:jr Family of Powell as Principal in Chief.

Above space provided for Recorder's use only.

## CERTIFICATION OF TRUST
### Yates-Powell Inter Vivos Trust

DK P BK 268 PG 8685

**SHORT-FORM CERTIFICATE OF TRUST**
**YATES–POWELL INTER VIVOS TRUST**
*(Certification of Trust Existence, Trustee Authority, and Securities Ownership)*
**Living Testimony — True in Substance and in Fact**

**Prepared By / Return To:**

**YATES–POWELL INTER VIVOS TRUST**
c/o **Jerome–Theodore Powell Jr. Estate**
RFD 3724 Goodman Rd W, Unit 798
Horn Lake, Mississippi near [38637-9998]

### 1. TRUST IDENTIFICATION

1.1 The Trust is known as the **YATES–POWELL INTER VIVOS TRUST** ("Trust").

1.2 The Trust is an inter vivos trust executed on **July 19, 2023**, and remains in full force and effect.

1.3 Trust EIN (last four digits): **0099**.

### 2. GRANTOR / TRUSTEE

- **Grantor / Settlor:** Jerome Theodore Powell Jr.

- **Trustee:** D'Andrea Lushea Theodore Powell

The Trustee is the sole acting fiduciary authorized to administer the Trust.

### 3. TRUSTEE AUTHORITY

The Trustee is authorized to act for and on behalf of the Trust, including authority to:

- open, maintain, and retitle accounts;

- hold, buy, sell, transfer, and pledge Trust assets;

- endorse and assign securities and instruments;

- issue instructions, certifications, and affidavits;

- execute deeds, assignments, and conveyances; and

- take all actions necessary or proper for Trust administration.

Any person or institution may rely on this authority without production of the full Trust instrument, except as required by law.

DK P BK 268 PG 8686

## 4. REVOCABILITY AND DEATH EFFECT

4.1 The Trust is revocable **only** by **Jerome Theodore Powell Jr.** during his lifetime.

4.2 Upon the death of the Grantor, the Trust shall **automatically become irrevocable**, continue without interruption, and require **no court supervision**.

4.3 Upon death, all authority vests immediately in the Trustee or duly acting successor Trustee, without bond or court order.

No person or institution shall presume revocation or termination due to death alone.

## 5. SECURITIES OWNERSHIP — NAME ATTRIBUTION

All securities, security entitlements, financial instruments, accounts, and investment interests held, registered, issued, credited, or maintained in the name **"JEROME THEODORE POWELL JR."**, including all variations, spellings, formats, capitalizations, and derivatives thereof, **are property of the YATES–POWELL INTER VIVOS TRUST.**

Such assets constitute Trust Estate property by declaration and attribution, whether held in certificated, uncertificated, custodial, nominee, book-entry, or clearing form. Any such registration shall be treated as a **record or nominee holding for the Trust's benefit**, with the Trustee as the authorized party for all instructions.

## 6. NUNC PRO TUNC PLACEMENT

All Trust assets described herein are confirmed as placed into the Trust **nunc pro tunc**, relating back to **July 19, 2023,** or the earliest lawful date of the Trust's beneficial or equitable interest, whichever is earlier.

## 7. THIRD-PARTY RELIANCE

Any bank, broker, registrar, custodian, or governmental office may rely on this Certificate as conclusive evidence of:

- the Trust's existence;

- the Trustee's authority; and

- Trust ownership of the assets described herein.

A copy of this Certificate shall have the same effect as an original.

## 8. EXECUTION

Executed this _15th_ day of _December_ 2025

Grantor / Settlor: _____

Jerome Theodore Powell Jr.

Trustee: _____

D'Andrea Lushea Theodore Powell

## NOTARY ACKNOWLEDGMENT

State of _Mississippi_ )
County of _DeSoto_ )

On this _15th_ day of _Dec._, 20_25_ before me, the undersigned Notary Public, personally appeared Jerome Theodore Powell Jr. and D'Andrea Lushea Theodore Powell, known to me or satisfactorily proven to be the persons whose names are subscribed above, and acknowledged that they executed the foregoing instrument for the purposes therein stated.

IN WITNESS WHEREOF, I have hereunto set my hand and official seal.

Notary Public _Misty Heffner by M Ford_

Printed Name: _____

My Commission Expires: _My Commission Expires January 3, 2028_ (Seal)

STATE OF MISSISSIPPI
COUNTY OF DESOTO
I hereby certify that the above and foregoing is a true copy of the original filed in this office.
This the _15th_ day of _December_ 20 _25_
Misty Heffner, Clerk of the Chancery Court

By _____ D.C.

Yates-Powell Inter Vivos Trust
Page 3 of 3

Authorized COPY

Exhibit C

Authentic Duplicate of Livery of sesin.

**NOTICE OF ACKNOWLEDGMENT AND DEED OF ACCEPTANCE BY: GRANTEE ABSOLUTE**
**Living Testimony — True in Substance and in Fact**

TO: STATE OF COLORADO by way of the Department of Justice Court of Record: 3:25-mc-00007.
FROM: We, jerome-theodore:jr House of powell, Grantee / Principal in Chief / Administrator
DATE: December 22, 2025
RE: Estate of JEROME THEODORE POWELL JR., Instrument / Presentment / Account: 1051975021898 and all issues therefrom.

We, a living man in full life, reason, and capacity, hereby give Notice of our formal acknowledgment of the presentment identified above. We acknowledge the signing, sealing, and delivery of said instrument and knowingly, willingly, and voluntarily move to perfect our equitable and beneficial interest in the estate associated therewith, without duress, coercion, or compulsion.

Pursuant to the principles of Equity and the Common Law, we hereby execute this Deed of Acknowledgement and Acceptance as Grantee Absolute and accept the whole interest associated with the instrument/presentment.

We affirm that we have attained the Age of Reason and the Age of Majority, and that we possess full capacity, discernment, and standing to acknowledge, accept, administer, and settle the affairs of this divine estate. This act constitutes a formal Livery of Seisin, evidencing acknowledgement and acceptance of possession and commencing our continual administration of the res and corpus of the estate.

This instrument stands as proof of life, reason, presence, and occupancy of the estate and supersedes all prior presumptions of infancy, minority, abandonment, vacancy, or incapacity. Is it not written in your law that acts openly made upon the record by one of reason and discretion are presumed valid absent proof to the contrary.

As sole Administrator and Creditor of the estate, we give the following instructions and notices:
(1) Update/rectify the record to reflect our living status as Principal in Chief, Favored Beneficiary and grantee absolute.
(2) Any prior "Letters of Administration" are noticed as statutory constructs; this Deed of Acknowledgement Acceptance stands as our superior equitable notice of acceptance and administration.
(3) All custodians, registrars, account holders, and agencies are hereby noticed to provide a full accounting of all assets, accounts, securities, and interests comprising the res and corpus of the estate to the Administrator, provide the Administrator with instant access to unlimited indemnity compensation units from the accounting in the name Yates-Powell Inter Vivos Trust within 3 days of this notice.

This Deed is executed by wet-ink signature and thumbprint as an act of acceptance and settlement in Equity. We declare the foregoing **True in substance and in fact.**

Executed this 22nd day of December 2025

Signed: By Jerome-theodore: jr, house of Powell
We, jerome-theodore:jr House of powell, Grantee / Principal in Chief / Administrator

Witness: _[signature]_    Witness: _[signature]_

_AUTHORIZED_ **©COPY**

They say unto him, Caesar's. Then said he unto them, **Render therefore unto Caesar the things which are Caesar's** and unto God the things that are God's.